**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. **09-50027-JEH** |
| | § | |
| **HOLLERN, KEITH S.** | § | Chapter 7 |
| SSN: xxx-xx-0944 | § | |
| | § | Judge: **Hoffman** |
| Debtor(s). | § | |

**NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $139.00 represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3011. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Cach, LLC<br>370 17th St Ste 5000<br>Denver, CO 80202 | 1 | $104.77 |
| Credit One Bank<br>Po Box 98875<br>Las Vegas, NV 89193 | 2 | 34.23 |

Dated: February 9, 2010

/s/ Larry J. McClatchey
Larry J. McClatchey, Trustee (0012191)
65 East State Street, Suite 1800
Columbus, Ohio 43215
614/462-5400
lmcclatchey@keglerbrown.com

cc: U.S. Trustee, 170 North High Street, Suite 200, Columbus, Ohio 43215
Credit One Bank, Po Box 98875, Las Vegas, NV 89193
Cach, LLC, 370 17th St Ste 5000, Denver, CO 80202

055424.001386/#4826-9791-1301 v1